UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ROMANOV,
                    Plaintiff,

-v-

TRANS UNION LLC, *et al.*,
                    Defendants.

24-CV-1901 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Because Defendant Experian Information Solutions Inc.'s motion to compel arbitration is unopposed (*see* ECF No. 43), that motion is GRANTED. The Clerk of Court is directed to close the motion at Docket Number 35.

    Based on the notice of settlement as to Defendant Trans Union LLC (ECF No. 47), the parties are directed to file a stipulation of dismissal or a status letter on or before June 23, 2025.

    As to Defendant Wells Fargo Bank NA, the parties are directed to file a status letter on or before July 30, 2025.

    SO ORDERED.

Dated: June 3, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge